

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,  )
                                           ) 2:02-CR-201-LRH-NJK
     Plaintiff,  )

vs.  )

VAUGHAN FLANDERS  )

     Defendant.  )

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#92), sentencing held on August 4, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $1,961.80

**Total Amount of Restitution ordered:** $1,961.80\*\*
\*\*Joint and several with Defendants Prince, Soberanis and Stain

Dated this _10'_ day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE