___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 2 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CR-201-LRH-NJK |
| Plaintiff, | |
| vs. | |
| VAUGHAN FLANDERS | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#92), sentencing held on August 4, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $1,961.80

**Total Amount of Restitution ordered: $1,961.80\*\***
\*\*Joint and several with Defendants Prince, Soberanis and Stain

Dated this 10' day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE